**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ALVARO ORTEGA ROSALES,<br><br>Plaintiff,<br><br>vs.<br><br>PITTMAN TRUCKING, INC. KENNETH W. JONES AND DOES 1 TO 10,<br><br>Defendants. | CASE NO. 8:23-CV-00909-CJC (JDEx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF DEFENDANT DOE 1 AND MOTION TO REMAND [28 U.S.C. § 1447(C)]** |

**ORDER**

Having considered the moving and opposition paper, and all other matters presented to the Court, the Court grants Plaintiff's Motion to Substitute MGM Transformer Co. for Defendant Doe 1 and Remands this case to Orange County Superior Court.

**IT IS HEREBY ORDERED** that MGM Transportation Co. will be substituted for Defendant Doe 1.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1447(C), this action shall be remanded for lack of subject matter jurisdiction to the Superior Court

of the State of California, County of Orange, where it was originally filed and assigned Case No. 30-2022-01297981-CU-PA-WJC.

Dated: November 8, 2023

_____
Hon. Cormac J. Carney
United States District Judge